UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

IN RE:
RONALD LESLIE HARTSFIELD

                              CASE NO. 09-40983-LMK
                              CHAPTER 7

Debtor(s).
_____/

## **AFFIDAVIT OF INDEBTEDNESS**

STATE OF ARIZONA)
COUNTY OF MARICOPA)

    BEFORE ME, the undersigned authority, personally appeared Olivia Todd, who, first being duly sworn, deposes and says:

    1. Affiant is President of National Default Servicing Corporation authorized servicing agent for Movant U.S. BANK, N.A., and has personal knowledge of the facts herein set forth.

    2. I have read the Motion for Relief from Stay in this case and the allegations in such Motion are true and correct. The exhibits attached to the Motion are true and accurate copies of the Original Note, Mortgage, and Assignment of Mortgage ("Loan Documents").

    3. This affidavit is made upon information derived from the business records of U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS, which records, as they pertain to the Debtor, are under my custody, control and supervision; were made at or near the time of the occurrence of the matters set forth by, or from information transmitted by a person with knowledge of those matters, and are made and kept in the course of the regularly conducted business of U.S. BANK, N.A., IT`S SUCCESSORS AND /OR ASSIGNS; and were made by the regularly conducted activity as a regular practice; the entries in those records are made at or about the same time of each occurrence reflected therein; and accurately reflect each such occurrence.

    4. On examination of these business records, it is determined that, there is now due and owing to the Movant upon the note and mortgage the following amounts:

| | | |
|---|---|---|
| Principal Balance | | $108,638.67 |
| Interest | Through 10/01/2010 | $3,191.28 |

| Property Inspections | | $106.15 |
| --- | --- | --- |
| Suspense Balance | | $-1,100.88 |
| Valuation (Appraisal) | | $100.00 |
| Grand Total | | $110,935.22 |

5. That the loan is in default and is now delinquent in that the Debtor failed to make the contractual payment due under the Loan Documents on May 1, 2010 and thereafter.

6. The Debtor does not have or soon will not have any equity in the property, as evidenced by the report obtained from the Leon County Property Appraiser and attached hereto as Exhibit "A." The Property Appraiser's Report asserts a property value of $161,674.00.

7. I declare under penalty of perjury that to the best of my knowledge, the foregoing facts are true and correct based on my personal knowledge of Movant's books and business records.

FURTHER AFFIANT SAYETH NAUGHT.

By: _____
Olivia Todd

SUBSCRIBED AND SWORN before me this 21st day of September 2010, By, Olivia Todd who is personally known to me or has produced _____ as identification.

Pamela Cardy
Notary Public - Arizona
MARICOPA COUNTY
My Commission Expires
JUNE 8, 2011

_____
NOTARY PUBLIC

PAMELA CARDY
Print Name

My Commission Expires: JUNE 8, 2011